IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BOBBY WAYNE PRESLEY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-10-252-SPS** |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| **Defendant.** | ) | |

OPINION AND ORDER
REGARDING MOTIONS IN LIMINE

With regard to the pending motions before the Court, the Court orders the following:

1.  The Defendant's Motion in Limine Regarding the Speed of the Locomotive and Brief in Support [Docket No. 126] is hereby DENIED.

2.  The Defendant's *Daubert* Motion Regarding Carolyn Dillard, D.O. and Brief in Support [Docket No. 127] is hereby GRANTED.

3.  The Defendant's *Daubert* Motion Regarding Terry Cordray and Brief in Support [Docket No. 129] is hereby DENIED.

4.  The Defendant's Motions in Limine and Brief in Support [Docket No. 130] is hereby GRANTED as to items 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 17, and 18; and DENIED as to items 13 and 16.

5.  The Plaintiff's Motions in Limine [Docket No. 132] is hereby GRANTED as to items 2, 3, 4, 5, 7, 8, 9, 11, and 12; DENIED as to items 1, 6, 10, and 13.

6. The Defendant's Motion in Limine Regarding Economic Damages and Brief in Support [Docket No. 133] is hereby DENIED.

7. The Defendant's Corrected *Daubert* Motion Regarding Anthony Capocelli, M.D. and Brief in Support [Docket No. 134] is hereby GRANTED.

IT IS SO ORDERED this 9th day of January, 2014.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma