# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY WAYNE PRESLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNION PACIFIC RAILROAD ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No. CIV-10-252-SPS |

## OPINION AND ORDER DENYING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of the Defendant's Motion for Summary Judgment [Docket No. 131], the Court finds genuine issues of material fact regarding the issue of liability. The existence of such fact questions preclude summary judgment, *see* Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."), and the Defendant's motion is accordingly hereby DENIED.

**DATED** this 9th day of January, 2014.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma